# Unclaimed Funds

Entered 2/14/2013 to 2/14/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---:|---|
| 07-14672 -wch<br>16378425 | Verizon<br>Bankruptcy Dept.<br>3900 Washington St.<br>Wilmington, DE 19802<br>19802 | 11.28 | 02/14/2013 |
| 07-15046 -wch<br>16400272 | CACH, LLC<br>4340 S. Monaco St., 2nd Fl<br>Denver, CO 80237<br>80237 | 39.99 | 02/14/2013 |
| 07-15582 -fjb<br>18854261 | OSI Portfolio Services<br>P.O. box 962<br>Brookfield, WI 53008-0962<br>53008-0962 | 24.42 | 02/14/2013 |
| 07-15774 -fjb<br>16424636 | Verizon<br>Bankruptcy Dept.<br>3900 Washington St.<br>Wilmington, DE 19802<br>19802 | 6.80 | 02/14/2013 |
| 07-15788 -wch<br>16320198 | James M Heller Dmd<br>4410 Cerritos Ave<br>Los Alamitos, CA 90720<br>90720 | 28.36 | 02/14/2013 |
| 09-16144 -wch<br>18854259 | Benjamin & Ana Damasceno<br>88 Bishop Terrace<br>Hyannis, MA 02601<br>02601 | 67.00 | 02/14/2013 |
| 11-13717 -fjb<br>18854235 | Gary Cole<br>136 Oak St.<br>Foxboro, MA 02035<br>02035 | 11,002.00 | 02/14/2013 |
| 11-20843 -fjb<br>18854234 | Louis Falzarano<br>39-41 Ambrose St.<br>Revere, MA 02151 | 40.00 | 02/14/2013 |

02151

**Grand Total: 11,219.85**